# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Sanchez, | Case No. 5:17-cv-01835-EJD |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| American Para Professional Systems, Inc., et al., | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

◻ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

◻ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Private mediation with mediator mutually agreed upon by the parties

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

◻ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☒ other requested deadline: To be determined at initial Case Management Conference

| | |
|---|---|
| Date: June 23, 2017 | /s/ Larry W. Lee |
| | Attorney for Plaintiff |
| Date: June 23, 2017 | /s/ Marja-Liisa Overbeck |
| | Attorney for Defendants |

☑ IT IS SO ORDERED
◻ IT IS SO ORDERED WITH MODIFICATIONS:

Date: June 26, 2017

U.S. DISTRICT/MAGISTRATE JUDGE