Larry W. Lee (State Bar No. 228175)
Nick Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

WILLIAM L. MARDER, ESQ. (CBN 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON SANCHEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN PARA PROFESSIONAL SYSTEMS, INC., a New York corporation; A.P.P.S OF CALIFORNIA, business entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01835-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE AT MOTION TO REMAND CASE HEARING**<br><br>Date:      August 24, 2017<br>Time:     9:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:    Hon. Edward J. Davila |

1 | Based on the request to appear telephonically submitted by Counsel for Plaintiff, Larry W. Lee and Nick Rosenthal of Diversity Law Group may appear on behalf of Plaintiff telephonically at the Motion to Remand Case hearing set for August 24, 2017, at 9:00 a.m.

IT IS SO ORDERED.

DATED: August 21, 2017

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE